**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 21- 1183

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 9279092 (Class A)** |
| **v.** | ] | |
| **MICHAEL S. MAUGANS** | ] | **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Capt Kyle J. Paladino,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **7th day of June 2021**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MICHAEL S. MAUGANS** did commit:

Weapon Possession in violation of 18 USC 930.

The name of the Complainant is **Capt Kyle J. Paladino.**

Kyle J. Paladino

**KYLE J. PALADINO, Capt, USAF**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF AUGUST 2021.**

Anthony R. Mautone

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

8/5/21 NK 9/2/21